# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-1896

_____

Kenneth Lee Doss

*Plaintiff - Appellant*

v.

Iowa Department of Corrections; Gaile Hukins; Sean Crawford; Michelle
Gonzolaz; Pam Mullen

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: August 14, 2012
Filed: August 17, 2012
[UNPUBLISHED]

_____

Before BYE, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Iowa prisoner Kenneth Doss appeals the district court's[1] preservice dismissal
of his 42 U.S.C. § 1983 complaint. After careful de novo review, *see Cooper v.*

_____

[1]The Honorable John A. Jarvey, United States District Judge for the Southern
District of Iowa.

*Schriro*, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam), we affirm for the reasons provided by the district court, and deny Doss's pending motions.[2]  *See* 8th Cir. R. 47B.

_____

_____

[2]We decline to address Doss's arguments raised for the first time on appeal. *See Stone v. Harry*, 364 F.3d 912, 914 (8th Cir. 2004).